■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD A. BRANCH, Appellant. (Appeal No. 2.) [852 NYS2d 905]—

Same memorandum as in *People v Branch* (49 AD3d 1206 [2008]). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.